FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 28 A 11: 09

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FUNDAÇÃO DOS ECONOMIÁRIOS FEDERAIS )
                                    )
            Plaintiff,              )
                                    )
vs.                                 ) Civil Action No. 98-2273(JFM)
                                    )                   98-3101(JFM)
THE STROUD GROUP, INC., et al.      )
                                    )
            Defendants.             )

### ORDER TO RELEASE FUNDS HELD IN THE REGISTRY OF THE COURT

Pursuant to the Order of this Court dated October 20, 1999, ordering that all funds held in the Registry of the Court be released to, it is hereby ORDERED that two checks be issued pursuant to the following information:

One check issued to LeBoeuf, Lamb, Greene & MacRae LLP, in the amount of US$141,315.26, and

One check issued to FUNDACAO DOS ECONOMIARIOS FEDERAIS - FUNCEF, for the remaining balance in the account.

_____
United States District Judge

Dated: _Sept. 28, 2000_